IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JAMES TYRELL DORTCH,<br><br>  Defendant. | 8:08CR77<br><br>ORDER |

This matter is before the court on the defendant's letter/motion for copies of his criminal case file, including the docket sheet, judgment and commitment, and statement of reasons. Filing No. 101. Defendant requests a waiver of fees associated with the costs of the copies. The court sentenced defendant on a violation of supervised release on March 14, 2013. Filing Nos. 99, 100. At this time, the defendant has no motions or cases pending before this court, and defendant makes no showing as to why he needs these copies. Accordingly, the court will deny the motion. Defendant is, of course, free to request copies of these filings and to pay the costs of the same.

THEREFORE, IT IS ORDERED that the defendant's motion for copies and to waive such costs, Filing No. 101, is denied.

Dated this 3rd day of June, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge